# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 3:04CR00023 |
| v. | ) **ORDER** |
| | ) |
| **COLIN F. GORDON**, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** as follows:

    1. The defendant's motion, styled as "MOTION PURSUANT TO Federal Rule Crim. P. 36," (ECF No. 266), is DENIED, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

    2. The Clerk is DIRECTED to redocket the motion as a § 2255 motion;

    3. The § 2255 motion is hereby DENIED without prejudice as successive and stricken from the active docket; and

4. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: December 10, 2012

/s/ James P. Jones
United States District Judge