# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:04CR00023-01 |
| v. | ) OPINION |
| | ) |
| COLIN F. GORDON, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

*Colin F. Gordon, Pro Se Defendant.*

On February 8, 2005, the court sentenced defendant Colin F. Gordon to 480 months' imprisonment (ECF No. 176), and on December 2, 2010, I denied Gordon's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Gordon*, No. 3:04CR00023-001, 2010 WL 4974567, at *1 (W.D. Va. Dec. 2, 2010), *appeal dismissed*, 437 F. App'x 278 (4th Cir. 2011) (unpublished). More than four years later, Gordon has filed another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 271) based on changes in case law. Because Gordon has not shown that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion, the § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED: January 5, 2016

/s/ James P. Jones
United States District Judge